FORM VAN–049t

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 4:20–bk–01619–BMW

JESUS IVAN GARCIA MONTIJO  Chapter: 13
6710 S PORTUGAL AVE
TUCSON, AZ 85757
**SSAN:** xxx–xx–9192
**EIN:**

Debtor(s)

## NOTICE OF HEARING

A hearing in the above–entitled cause will be held at the U.S. Bankruptcy Court, **James A. Walsh Courthouse, 38 S. Scott Avenue, Courtroom 446, Tucson, AZ** before the Honorable Brenda Moody Whinery on **4/14/20** at **10:45 AM** to consider and act upon the following matter(s):

CHAPTER 13 CASE MANAGEMENT STATUS HEARING.

Parties may also appear for the hearing at **U.S. Courthouse and Federal Building, 230 N. 1st Avenue, Courtroom 301, Phoenix, AZ.**

Any response or objection shall be filed pursuant to Local Bankruptcy Rule 9013–1(c) or as set forth by the Court within this notice.

**Date: February 26, 2020**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court, Arizona<br>38 S. Scott Avenue<br>Tucson, AZ 85701–1704<br>Telephone number: (520) 202–7500<br>www.azb.uscourts.gov | Clerk of the Bankruptcy Court:<br><br>**George Prentice** |